# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TALITHA L. HARRIS, | |
| Plaintiff, | Case No. 2:20-cv-02288-CSB-EIL |
| v. | Honorable Eric I. Long |
| MIRAMED REVENUE GROUP, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES TALITHA L. HARRIS ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, MIRAMED REVENUE GROUP, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 21, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 21, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
